UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 28, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN PORCAYO,

Defendant.

Case No. 2:17-mj-00172-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUAN PORCAYO ,

Case No.  2:17-mj-00172-CKD , from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

**X**  Bail Posted in the Sum of $ _____

**X**  Unsecured Appearance Bond $ 50,000, cosigned by defendant's mother, ex-wife, and daughter.

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

**X**  (Other): Pretrial Services supervision. Ordered to appear in the District of South Dakota on 10/25/17 at 1:20 PM. *Rapid City, South Dakota Courtroom #2*

Issued at Sacramento, California on September 28, 2017 at  *2:25 pm*

By: *[signature]*

Magistrate Judge Carolyn K. Delaney