UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 10, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PORCAYO,<br><br>Defendant. | Case No. 2:17-mj-00172-CKD<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JUAN PORCAYO__, Case No. __2:17-mj-00172-CKD__, from custody for the following reasons:

__X__ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_ Unsecured Appearance Bond $ ._____

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

(Other): __Released under the same bond conditions previously imposed on 9/28/2017. Additionally,__

__X__ __defendant to be released at 9:00 AM on 10/11/2017 to meet with Pretrial Services for transport to Well Space drug-treatment facility.__

Issued at Sacramento, California on October 10, 2017 at __2:45 PM__

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney